# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 1, 2022

**By the Court:**

| | |
|---|---|
| ELI LILLY AND COMPANY and LILLY USA, LLC,<br>Plaintiffs-Appellants, Cross-Appellees,<br><br>Nos. 21-3128 & 21-3405 v.<br><br>XAVIER BECERRA, et al.,<br>Defendants-Appellees, Cross-Appellants. | ] Appeals from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 1:21-cv-00081-SEB-MJD<br>]<br>] Sarah Evans Barker,<br>] Judge. |

O R D E R

The Jurisdictional Statement in the brief of appellants/cross-appellees must comply with Circuit Rule 28(b) because they are appellees. In other words, appellants/cross-appellees must state whether appellee/cross-appellant's jurisdictional statement as to the cross-appeal is "complete and correct." If not, they must provide a "complete jurisdictional summary." It is insufficient to state that they "agree with" the government's statement of jurisdiction. Accordingly,

IT IS ORDERED that appellants/cross-appellees file a paper captioned "Amended Jurisdictional Statement" no later than August 8, 2022, that provides the omitted information noted above and otherwise complies with all the requirements of Circuit Rule 28(b).

IT IS FURTHER ORDERED that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellants/cross-appellees' "Amended Jurisdictional Statement" to the assigned merits panel.