**Nos. 21-3128 & 21-3405**

# In The United States Court of Appeals for the Seventh Circuit

ELI LILLY AND COMPANY and LILLY USA, LLC,
*Plaintiffs-Appellants-Cross-Appellees*,

v.

XAVIER BECERRA, DANIEL J. BARRY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIANA ESPINOSA, AND HEALTH RESOURCES AND SERVICES ADMINISTRATION
*Defendants-Appellees-Cross-Appellants*.

On Appeal from the United States District Court
for the Southern District of Indiana, Indianapolis Division
Case No. 1:21-cv-00081-SEB-MJD
Honorable Sarah Evans Barker

## AMENDED JURISDICTIONAL STATEMENT

Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

John C. O'Quinn, P.C.
*Counsel of Record*
Matthew S. Owen
Megan L. McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000

*Counsel for Eli Lilly and Company and Lilly USA, Inc.*

August 5, 2022

Pursuant to Circuit Rule 28(b) and the Court's August 2, 2022 Order (Dkt. 56), cross-appellees Eli Lilly and Company and Lilly USA, LLC hereby state that the jurisdictional summary set out in cross-appellants' Amended Jurisdictional Statement (Dkt. 49) is complete and correct as to the cross-appeal.

Dated: August 5, 2022

Respectfully submitted,

s/ John C. O'Quinn, P.C.

Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

John C. O'Quinn, P.C.
*Counsel of Record*
Matthew S. Owen
Megan L. McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 389-5000
john.oquinn@kirkland.com

*Counsel for Eli Lilly and Company and Lilly USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/* John C. O'Quinn, P.C.
John C. O'Quinn, P.C.